RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARTIN H. NOVILLO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Martin_Novillo@fd.org

Attorney for Martin Ibarra-Penuelas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN IBARRA-PENUELAS,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00288-MDC<br> ORDER GRANTING<br>**STIPULATION TO CONTINUE MOTION DEADLINES AND BENCH TRIAL**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Martin H. Novillo, Assistant Federal Public Defender, counsel for Martin Ibarra-Penuelas, that the bench trial scheduled for October 29, 2025 at 9:30 am., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

　　　　IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including Friday August 1, 2025, to file any and all pretrial motions and notices of defense.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 15, 2025, to file any and all responsive pleadings.

1       IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 22, 2025, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The Government recently provided discovery to defense counsel who is in the process of reviewing the same and determining whether any pre-trial motions are warranted in this case.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to receive and review discovery materials.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED this 23rd day of July, 2025

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Martin H. Novillo*<br>MARTIN H. NOVILLO<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00288-MDC |
|---|---|
| Plaintiff, | |
| v. | |
| | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| MARTIN IBARRA-PENUELAS, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government recently provided discovery to defense counsel who is in the process of reviewing the same and determining whether any pre-trial motions are warranted in this case.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to receive and review discovery.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including August 1, 2025, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including August 15, 2025, to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including August 22, 2025, to file any and all replies.

IT IS FURTHER ORDERED that the bench trial currently scheduled for October 29, 2025, at the hour of 9:30 a.m., be vacated and continued to January 7, 2026 at the hour of 9:00 a.m.

DATED this 29th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4