**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>          v.<br><br>MARTIN IBARRA-PENUELAS,<br><br>                    Defendant. | Case No. 2:25-mj-00288-MDC<br><br><br>FINDINGS OF FACT, CONCLUSIONS<br>OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Counsel for the defense and the Government have agreed to prospective plea terms but need a short extension of time to refine specific conditions of the agreement.

2.  The defendant is out of custody and does not object to the continuance.

3.  The parties agree to the continuance.

4.  The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to receive and review discovery.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled for January 7, 2026, at the hour of 9:00 a.m., be vacated and continued to  February 11, 2026      at the hour of    9: 00   a .m.

DATED this   5th  day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4